**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
Crystal T. Innabi (SBN: 316434)
ci@sinlegal.com
770 L Street, Suite 950
Sacramento, CA 95814
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES WILLOUGHBY,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**CASHBAK, LLC. d/b/a CASHBACK LOANS,**<br><br>Defendant. | **Case No.:** 5:18-CV-01910-JGB-SP<br><br>**NOTICE OF SETTLEMENT AS TO CASHBAK,LLC. D/B/A CASHBACK LOANS ONLY** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  **PLEASE TAKE NOTICE THAT** Plaintiff, JAMES WILLOUGHBY, ("Plaintiff"), and Defendant, CASHBAK, LLC. D/B/A CASHBACK LOANS, ("CASHBACK"), have reached a settlement in the above captioned case as to CASHBACK only. The parties anticipate filing a Dismissal as to CASHBACK, pursuant to Fed. R. Civ. P. Rule 41, within thirty (30) days.

Dated: October 25, 2018                    Respectfully submitted,

                         **SINNETT LAW, APC.**

                         BY: /S/ CRYSTAL T. INNABI
                         CRYSTAL T. INNABI, ESQ.
                         ATTORNEY FOR PLAINTIFF